UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TITANIDE VENTURES, LLC,**<br><br>             **Plaintiff,**<br><br>     **v.**<br><br>**JUNGLE DISK, LLC, RACKSPACE HOSTING, INC., AND RACKSPACE US, INC.,**<br><br>             **Defendants.** | **Case No.: 4:12-cv-00253-RAS**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS ACTION WITH PREJUDICE

Plaintiff Titanide Ventures, LLC ("Titanide") and Defendants Jungle Disk, LLC ("Jungle Disk"), Rackspace Hosting, Inc., and Rackspace U.S., Inc. ("Rackspace") announce to the Court that they have settled their claims for relief asserted in this cause and thus move this Court to dismiss with prejudice all pending claims and counterclaims, including all claims by Titanide against Jungle Disk and Rackspace, and all claims by Jungle Disk or Rackspace against Titanide. Each party is to bear its own costs and fees. A proposed order accompanies this Motion.

AGREED MOTION TO DISMISS WITH
PREJUDICE, JUNGLE DISK, LLC, RACKSPACE
HOSTING, INC., AND RACKSPACE US, INC.
CASE NO.: 4:12-cv-00253-RAS

1

DATED:  November 16, 2012                                          Respectfully submitted,

*/s/Nicholas S. Mancuso*                                                   */s/ Paul V. Storm (with permission)*
Christopher D. Banys - **Lead Attorney**                       Paul V. Storm
                                                                                          Texas State Bar No. 19325350
THE LANIER LAW FIRM, P.C.                                       GARDERE WYNNE SEWELL LLP
Christopher D. Banys         SBN: 230038 (CA)          1601 Elm Street, Suite 3000
Nicholas S. Mancuso                                                     Dallas, Texas 75201
Daniel M. Shafer                                                             Tel. (214) 999-4701
The Lanier Law Firm, P.C.                                             Fax (214) 999-3701
2200 Geng Road, Suite 200                                          Email pvstorm@gardere.com
Palo Alto, CA 94303
Tel: (650) 322-9100                                                       **ATTORNEYS FOR DEFENDANTS**
Fax: (650) 322-9103                                                     **JUNGLE DISK, LLC, RACKSPACE**
cdb@lanierlawfirm.com                                                **HOSTING, INC., AND RACKSPACE**
nsm@lanierlawfirm.com                                               **US, INC.**
dms@lanierlawfirm.com

Local Counsel:

WARD & SMITH LAW FIRM
Wesley Hill        SBN: 24032294
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (Fax)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**TITANIDE VENTURES, LLC**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff Titanide and counsel for Defendants, Jungle Disk and Rackspace have met and conferred on November 16, 2012 regarding this motion according to L.R. CV-7, and the Parties have agreed to the requested relief and to file the motion jointly.

>  */s/ Nicholas S. Mancuso*
>  Nicholas S. Mancuso

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of November, 2012 a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Pursuant to Local Rule CV-5(a)(3)(A) this document was served on all counsel who are deemed to have consented to electronic service.

>  /s/ *Georgia Golfinopoulos*
>  Georgia Golfinopoulos

AGREED MOTION TO DISMISS WITH
PREJUDICE, JUNGLE DISK, LLC, RACKSPACE
HOSTING, INC., AND RACKSPACE US, INC.
CASE NO.: 4:12-cv-00253-RAS

3